**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

Eastern District of Kentucky
FILED

JUN 0 6 2024

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.**                                        INDICTMENT NO. S.24-CR-47-KKC

**ZALAN PAUL DULIN**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

## COUNT 1
**18 U.S.C. § 2251(a)**

Beginning on or about November 28, 2023, and continuing through on or about February 12, 2024, in Fayette County, in the Eastern District of Kentucky, and elsewhere,

**ZALAN PAUL DULIN**

employed, used, persuaded, induced, enticed, and coerced a minor to engage in sexually explicit conduct for the purpose of producing, or transmitting live, visual depictions of that conduct, knowing and having reason to know that such visual depictions would be transported or transmitted in or affecting interstate or foreign commerce or using any means or facility of interstate or foreign commerce, or that such visual depictions were produced or transmitted using materials that had been mailed, shipped, or transported in and affecting interstate or foreign commerce by any means, including by computer, all in violation of 18 U.S.C. § 2251(a).

## COUNT 2
### 18 U.S.C. § 2251(a)

Beginning on or about February 29, 2024, and continuing through on or about June 6, 2024, in Fayette County, in the Eastern District of Kentucky, and elsewhere,

**ZALAN PAUL DULIN**

employed, used, persuaded, induced, enticed, and coerced a minor to engage in sexually explicit conduct for the purpose of producing, or transmitting live, visual depictions of that conduct, knowing and having reason to know that such visual depictions would be transported or transmitted in or affecting interstate or foreign commerce or using any means or facility of interstate or foreign commerce, or that such visual depictions were produced or transmitted using materials that had been mailed, shipped, or transported in and affecting interstate or foreign commerce by any means, including by computer, all in violation of 18 U.S.C. § 2251(a).

## COUNT 3
### 18 U.S.C. § 2252(a)(2)

Beginning on or about February 29, 2024, and continuing through on or about June 6, 2024, in Fayette County, in the Eastern District of Kentucky, and elsewhere,

**ZALAN PAUL DULIN**

did knowingly receive a visual depiction using any means or facility of interstate or foreign commerce, including by computer, and the production of said visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction was of such conduct, all in violation of 18 U.S.C. § 2252(a)(2).

## COUNT 4
### 18 U.S.C. § 2252(a)(4)(B)

On or about February 28, 2024, in Fayette County, in the Eastern District of Kentucky, and elsewhere,

**ZALAN PAUL DULIN**

did knowingly possess a matter containing visual depictions that had been transported in and affecting interstate and foreign commerce, and the production of said visual depictions involved the use of a minor engaging in sexually explicit conduct and the visual depictions were of such conduct, all in violation of 18 U.S.C. § 2252(a)(4)(B).

## FORFEITURE ALLEGATION
### 18 U.S.C. § 2253

1. By virtue of the commission of the offenses alleged in Counts 1-4 of the Indictment, **ZALAN PAUL DULIN** shall forfeit to the United States any and all interest that he has in any visual depiction, or matter containing such visual depiction, that was produced, transported, mailed, shipped, or received as part of the violations of 18 U.S.C. §§ 2251-2252; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the violations of 18 U.S.C. §§ 2251-2252; and any property, real or personal, used or intending to be used in the commission or promotion of the violations of 18 U.S.C. §§ 2251-2252 or traceable to such property. Any and all interest that **ZALAN PAUL DULIN** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 2253.

2. The property to be forfeited includes, but is not limited to, the following:

**ELECTRONIC EQUIPMENT:**
a. APPLE IPHONE 14 PLUS, yellow in color, S/N: K4YYYGPRWG, IMEI NUMBER: 358257933196499; and
b. All software and peripherals which are contained on or associated with the listed cellular phone.

**A TRUE BILL**

**CARLTON S. SHIER IV**
**UNITED STATES ATTORNEY**

## PENALTIES

**COUNTS 1-2:**   Not less than 15 years nor more than 30 years imprisonment, not more than a $250,000 fine, and not less than 5 years nor more than a lifetime term of supervised release.

**COUNT 3:**   Not less than 5 years nor more than 20 years imprisonment, not more than a $250,000 fine, and not less than 5 years nor more than lifetime supervised release.

**COUNT 4:**   Not more than 10 years imprisonment, not more than a $250,000 fine, and not less than 5 years nor more than lifetime supervised release.

      Not more than 20 years imprisonment, not more than a $250,000 fine, and not less than 5 years nor more than lifetime supervised release if any visual depiction involves a prepubescent minor.

**PLUS:**   Forfeiture of all listed property.

**PLUS:**   Mandatory special assessment of $100 per count.

      Additional mandatory special assessment of $5,000 per count, pursuant to 18 U.S.C. § 3014, for non-indigent Defendants convicted of certain offenses, including those in chapter 110.

      Pursuant to 18 U.S.C. §2259A, per count of no more than:

        (1) $17,000.00 if convicted of 18 U.S.C. §2252(a)(4) or §2252A(a)(5);

        (2) $35,000.00 if convicted of any other trafficking in child pornography offense as defined by §2259(c)(3), which includes offenses under 18 U.S.C. §§2251(d), 2252(a)(1) through (3), 2252A(a)(1) through (4), 2252A(g) (in cases in which the series of felony violations exclusively involves violations of sections 2251(d), 2252, 2252A(a)(1) through (5), or 2260(b)),

or 2260(b);

(3) $50,000.00 if convicted of child pornography production as defined by 18 U.S.C. §2259(c)(1), which includes offenses under 18 U.S.C. §2251(a) through (c), 2251A, 2252A(g) (in cases in which the series of felony violations involves at least 1 of the violations listed in this subsection), 2260(a) or any offense under chapter 109A or chapter 117 that involved the production of child pornography (as such term is defined in section 2256).

**PLUS:** Restitution, if applicable. Mandatory restitution under 18 U.S.C. § 2259 that, for any conviction of an offense described in paragraphs (E)(1) or (2), is not less than $3,000.00 per victim.